# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,            Criminal No. 11-348 (RHK/LIB)

           Plaintiff,            **ORDER**

v.

FRANK CHESTER BROWN,

           Defendant.

       This matter is before the Court upon the Defendant's Motion to exclude a 30-day period of time from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial. This finding is based on the facts set forth in the Defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

       Accordingly, **IT IS HEREBY ORDERED** that a 30-day period, beginning from the date of this Order, shall be excluded from the Speedy Trial Act computations in this case

Dated: December 8, 2011

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge